**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

ESPERANZA DISLA, on behalf of herself
and all others similarly situated,

       Plaintiff,

v.                                                       CASE NO. 2:11-CV-00416-FtM-36SPC

UNITED STATES SERVICE INDUSTRIES, INC.,
a foreign profit corporation doing business as
U.S.S.I., INC.,

       Defendant.
_____/

**ORDER**

       This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on November 16, 2011 (Doc. 8). In the Report and Recommendation, Judge Chappell recommends that the Court approve Plaintiff Esperanza Disla's Motion to Approve Settlement, filed on October 19, 2011 (Doc. 7). Neither party has objected to the Report and Recommendation and the time to do so has expired.

       After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Esperanza Disla's Motion to Approve Settlement (Doc. 7) is **GRANTED**. The Settlement Agreement (Doc. 7, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 5, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD